**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7319**

———————————

RASTAMAN MTUME OBALAJI MFUME I, a/k/a Herbert
Lee Bailey,

Plaintiff - Appellant,

and

HERBERT LEE BAILEY, JR.,

versus

GENE BAKER; BERT CHRISTY; GLORIA SMITH; ETHEL
HORTON; EARLENE FORD,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-94-1840-0-20BD)

———————————

Submitted: January 18, 1996        Decided: February 15, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rastaman Mtume Obalaji Mfume I, Appellant Pro Se.  William Paul
Griggs, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for
Appellees.

———————————

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Mfume I v. Baker, No. CA-94-1840-0-20BD (D.S.C. Aug. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED